# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0752
Lower Tribunal No. 2023-CA-008516

_____

MICHAEL GIBSON,

Appellant,

v.

JOSEPH DANIELS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

June 12, 2026

PER CURIAM.

AFFIRMED. *See, e.g.*, *Portner v. Koppel*, 382 So. 3d 742, 747 (Fla. 4th DCA 2024) ("Competent substantial evidence supports the trial court's finding that appellant's former counsel had clear and unequivocal authority from appellant to settle the case . . . ."); *Albert v. Am. Fam. Ins. Co.*, 739 F. App'x 607, 610 n.2 (11th Cir. 2018) ("In deciding a motion to enforce a settlement agreement (as with a motion for summary judgment) a court may consider the documents, affidavits,

depositions and other evidence in the record to determine whether a genuine issue of material fact exists." (citations and internal quotation marks omitted)).

MIZE, BROWNLEE and PRATT, JJ., concur.

David L. Perkins and John B. Agnetti, of Hoffman, Larin & Agnetti, P.A., North Miami Beach, for Appellant.

Megan G. Colter and Thomas A. Valdez, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Kathleen MacMillan and Stevie Baker, of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED